# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1653.  DARON THOMAS v. THE STATE.**

Daron Thomas was convicted of criminal damage to property, two counts of theft by taking, five counts of entering an automobile, two counts of burglary, and possession of a firearm by a convicted felon.  Thomas, who represented himself at trial, filed a motion for an out-time-appeal, which the trial court denied.  We affirmed the denial of his motion for an out-of-time appeal in an unpublished opinion.  See *Thomas v. the State*, Case No. A18A0318 (decided April 24, 2018).  Thomas subsequently filed an extraordinary motion for new trial, which the trial court denied. Thomas then filed this direct appeal. We, however, lack jurisdiction.

An order denying an extraordinary motion for new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Thomas's failure to follow the requisite appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  06/05/2020*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*